MICHAEL ASCHENBRENER (277114)
(masch@kamberlaw.com)
**KAMBERLAW LLP**
401 Center St, Suite 111
Healdsburg, CA 95448
Phone: (212) 920-3072
Fax: (212) 202-6364

*Attorneys for Plaintiff and
the Putative Class*

**KELLEY DRYE & WARREN LLP**
Sarah E. Diamond (SBN 281162)
10100 Santa Monica Blvd. 23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
sdiamond@kelleydrye.com

*Attorney for Defendant
QuinStreet, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER TURNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINSTREET, INC. d/b/a Schools.com, a Delaware corporation,<br><br>Defendant. | Case No. 3:18-cv-1486-WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION TO RESCHEDULE INITIAL CMC AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jennifer Turner ("Plaintiff") and Defendant QuinStreet, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to vacate the Initial Case Management Conference ("CMC") set for July 19, 2018 at 11:00 a.m. and reset the CMC for August 23, 2018 at 11:00 a.m., or a date and time thereafter convenient for the Court. The parties further stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint by thirty (30) days, until Friday, July 6, 2018.

1. On May 8, 2018, the Court reset the initial CMC from June 7, 2018 to June 13, 2018 due to the Court's unavailability. (ECF 8.)

2. On May 15, 2018, the Court reset the initial CMC from June 13, 2018 to July 5, 2018 due to judicial reassignment. (ECF 12.)

3. On May 25, 2018, the Court reset the CMC from July 5, 2018 to July 19, 2018, and extended Defendant's time to respond to the Complaint from May 22, 2018 to June 5, 2018, due to a stipulated request of the parties. (ECF 23.)

4. The parties have now agreed to an additional thirty day extension of the schedule, including Defendant's time to respond to the Complaint, so the parties can continue to engage in a good faith effort to resolve this claim.

5. The requested CMC extension and extension of time to respond to the Complaint would not materially delay the schedule of the case because this is still the early stages of the case and there currently is no schedule set in the case.

6. The requested extension would mean Defendant's deadline to respond to the Complaint would be July 6, 2018, the Joint Case Management Statement would be due by August 16, 2018, and the CMC would be on August 23, 2018.

7. Good cause exists for this extension of time because the parties are attempting to resolve the dispute without further litigation.

DATED: June 4, 2018            **KAMBERLAW LLP**

By:    s/ Michael Aschenbrener
Michael Aschenbrener
*Attorneys for Plaintiff and the Putative Class*

**KELLEY DRYE & WARREN LLP**

s/ Sarah Diamond
Sarah Diamond
*Attorneys for Defendant Quinstreet, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        _____
JUDGE WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

**CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: June 4, 2018

s/ Sarah Diamond
Sarah Diamond