MICHAEL ASCHENBRENER (277114)
(masch@kamberlaw.com)
**KAMBERLAW LLP**
401 Center St, Suite 111
Healdsburg, CA 95448
Phone: (212) 920-3072
Fax: (212) 202-6364

*Attorneys for Plaintiff and
the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER TURNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINSTREET, INC. d/b/a Schools.com, a Delaware corporation,<br><br>Defendant. | Case No. 3:18-cv-1486-WHA<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that Plaintiff Jennifer Turner ("Plaintiff"), pursuant to Federal Rule of Civil Procecure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to all defendants. Plaintiff and defendant shall bear their own costs and attorneys' fees.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) states:

(a)     Voluntary Dismissal.

(1)     *By the Plaintiff.*

(A)     *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant has not served an answer or a motion for summary judgment.

DATED: June 19, 2018            **KAMBERLAW LLP**

                                By:   s/ Michael Aschenbrener
                                       Michael Aschenbrener
                                       *Attorneys for Plaintiff and the Putative Class*